UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Gregory James Reed,                                  Case No. 14-53838-MBM
                                                     Chapter 7
                    Debtor.    /        Hon. Marci B. McIvor

Keeper of the Word Foundation,

                    Plaintiff,

v.                                                   Adv. Pro. No. 16-05089

Kenneth A. Nathan, Chapter 7 Trustee,
David Findling, Special Counsel for Trustee,
Byzantine Holdings, LLC,
Dwellings Unlimited, LLC,
Debtor's Estate, John Does,

                    Defendants.    /

### ORDER (1) GRANTING DEFENDANTS FINDLING AND NATHAN'S MOTION FOR SUMMARY JUDGMENT; (2) GRANTING DEFENDANT DWELLINGS UNLIMITED LLC'S MOTION TO DISMISS; AND (3) DISMISSING COMPLAINT AS TO ALL DEFENDANTS

These matters came before the Court on Defendants Kenneth A. Nathan and David Findling's Motion for Summary Judgment and Defendant Dwelling Unlimited LLC's Motion to Dismiss.

For the reasons set forth in the accompanying Opinion,

IT IS HEREBY ORDERED THAT Defendants Findling and Nathan's Motion for Summary Judgment is GRANTED, Defendant Dwellings Unlimited, LLC's Motion to Dismiss is GRANTED, and Plaintiff's Complaint is Dismissed as to all Defendants.

IT IS FURTHER ORDERED that this adversary proceeding shall remain open for the sole purpose of allowing James Harris and Joseph Dillard to comply with the orders requiring

them to answer written interrogatories (Docket Nos. 56 and 57).

Signed on March 01, 2017

                                   /s/ Marci B. McIvor
                                   Marci B. McIvor
                                   United States Bankruptcy Judge